UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60199-CR-DIMITROULEAS/ROSENBAUM

18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

v.

JOHN ESPOSITO,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about May 6, 2008, in Broward County, in the Southern District of Florida, the defendant,

**JOHN ESPOSITO,**

did knowingly and intentionally possess material containing images of child pornography that had been transported in interstate and foreign commerce, including but not limited to, computer stored images with the file names: "T-93970105-Kids Teens Women (Porno-Lolitas-Preteens-Reelkiddymov-R@Ygold-Hussyfans-Underage-Girls-Children-Pedofilia-Pthc-Ptsc-Xxx-Sexy).avi;" and "9b3930e75c9bcf9f.jpg."

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are realleged herein and are incorporated by reference for purposes of alleging forfeitures to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon the conviction of the defendant for the offense described in this indictment, the United States is entitled to forfeiture of and the defendant, **JOHN ESPOSITO**, shall forfeit to the United States, any and all interest that the defendant has in:

a. any visual depiction described in section 2251, 2251A or 2252A of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses described in this indictment.

c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses described in this indictment, including but not limited to, a Gateway GM 5626 computer, bearing serial number CCW7AF1001426.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

JOHN ESPOSITO,

### CERTIFICATE OF TRIAL ATTORNEY*

Defendant. _____/

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB     ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)    _No_
   List language and/or dialect  _____

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_        Petty     ___
   II   6 to 10 days      ___        Minor     ___
   III  11 to 20 days     ___        Misdem.   ___
   IV   21 to 60 days     ___        Felony    _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No.            _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _x_ No

_____
Robin Waugh-Farretta
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 537837

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: JOHN ESPOSITO        Case No:_____

| | |
|---|---|
| Count #:   I: | POSSESSION OF MATERIAL CONTAINING CHILD PORNOGRAPHY |
| | Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2). |
| *Max Penalty: | Ten (10) years' imprisonment; no more than three (3) years supervised release; $250,000 fine. |
| | |
| Count #:   2: | |
| | |
| *Max Penalty: | |
| | |
| Count #:   3: | |
| | |
| *Max Penalty: | |
| | |
| Count #:   4: | |
| | |
| *Max Penalty: | |
| | |

*Refers only to possible terms of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.