# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**STEVEN M. LARIMORE**
Clerk of Court

Date: 7/13/2009

Appeals Section

FILED by _____ D.C.
JUL 1 4 2009
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA - MIAMI

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

COR/ROA

IN RE:   District Court No:  08-60199-Cr  - WPD

U.S.C.A. No:   09-11963-BB

Style:   JOHN ESPOSITO V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 2 Volume(s) of pleadings
- 3 Volume(s) of Transcripts
- X Exhibits:   0 boxes;   0 folders;
  - 0 envelopes;   1 PSIs (sealed)
  - ☐ other:
  - ☐ other:
- ☐ Other:
- ☐ Other:

Sincerely,

Steven M. Larimore, Clerk of Court
U.S. District Court
Southern District of Florida

By _____ Deputy Clerk

Attachment

cc: court file

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
7-14-09

S/F A-15
Rev. 10/94

☐ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

CM/ECF - L¡ve Database - flsd
Case 0:08-cr-60199-WPD Document 113 Entered on FLSD Docket 07/14/2009 Page 2 of 14
Page 1 of 13

APPEAL, CLOSED, RSR

## U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CRIMINAL DOCKET FOR CASE #: 0:08-cr-60199-WPD-1
## Internal Use Only

Case title: USA v. Esposito

Date Filed: 07/31/2008
Date Terminated: 04/07/2009

Assigned to: Judge William P. Dimitrouleas

**Defendant (1)**

**John Esposito**
*YOB *1960* USMS 77774-004*
*TERMINATED: 04/07/2009*

represented by **Noticing FPD**
Email: FLS_ECF@FD.org
*TERMINATED: 05/22/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Bernardo Lopez**
Federal Public Defender's Office
One East Broward Boulevard
Suite 1100
Fort Lauderdale , FL 33301
954-356-7436
Fax: 954-356-7556
Email: Bernardo_Lopez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Chantel Doakes**
Federal Public Defender's Office
One East Broward Boulevard
Suite 1100
Fort Lauderdale , FL 33301-1842
954-356-7436
Fax: 954-536-4559
Email: chantel_doakes@fd.org
*TERMINATED: 05/22/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
Date 7-14-09 Deputy Clerk

Appointment

**Charles Craig Stella**
200 SE 6th Street
Suite 207
Fort Lauderdale , FL 33301
954-779-3800
Email: ccraigstella@hotmail.com
*TERMINATED: 02/27/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert Allen Flynn**
Robert Allen Flynn
888 SE 3 Avenue
Suite 400
Fort Lauderdale , FL 33316
954-524-3344
Fax: 524-3346
Email: allen939@yahoo.com
*TERMINATED: 03/02/2009*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252A.F POSSESSION OF MATERIAL CONTAINING CHILD PORNOGRAPHY (1) | Term of 78 months imprisonment, 5 years supervised release and $100 total assessment |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Robin Waugh-Farretta**<br>United States Attorney's Office<br>500 E Broward Boulevard<br>7th Floor<br>Fort Lauderdale , FL 33301-3002<br>954-660-5692<br>Fax: 356-7336<br>Email: robin.waugh@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Roger Powell**<br>United States Attorney's Office<br>500 E Broward Boulevard<br>7th Floor<br>Fort Lauderdale , FL 33301-3002<br>954-356-7255X3592<br>Fax: 356-7336<br>Email: roger.powell@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2008 | 1 | INDICTMENT as to John Esposito (1) count(s) 1. FORFEITURE ALLEGATION. (at) (Entered: 08/01/2008) |
| 07/31/2008 | 2 | (Court only) *** ARREST Warrant Issued by Magistrate Judge Robin S. Rosenbaum in case as to John Esposito. Bond Amount $75,000 CSB AND $100,000. PSB (at) (Entered: 08/01/2008) |
| 08/01/2008 | 3 | Report Commencing Criminal Action as to John Esposito - DOB: **/**/*1960* Prisoner #: 77774-004 (at) (Entered: 08/01/2008) |
| 08/01/2008 | | Arrest of John Esposito (at) (Entered: 08/01/2008) |
| 08/01/2008 | 4 | Minute Entry for proceedings held before Magistrate Judge Robin S. Rosenbaum: Initial Appearance as to John Esposito held on 8/1/2008. Defendant advised of charges, informs the court is represented by attorney Robert Flynn. Court directs clerk to contact Mr Flynn to insure that the deft has counsel. (Tape #RSR-08-53-218-313.) (at) (Entered: 08/01/2008) |
| 08/01/2008 | 5 | Order on Initial Appearance as to John Esposito for proceeding held on 8/1/2008 Report Re: Counsel Hearing set for 8/4/2008 03:00 PM in Fort Lauderdale Division before Magistrate Judge Lurana S. Snow. Detention Hearing set for 8/5/2008 11:30 AM in Fort Lauderdale Division before Magistrate Judge Lurana S. Snow. Arraignment set for 8/15/2008 11:00 AM in Fort Lauderdale Division before Magistrate Judge Lurana S. Snow.. (Signed by Magistrate Judge Robin S. Rosenbaum on 8/1/08.) (at) (Entered: 08/01/2008) |
| 08/04/2008 | 6 | Minute Entry for proceedings held before Magistrate Judge Lurana S. Snow: Report Re: Counsel Hearing as to John Esposito held on 8/4/2008. |

| | | |
|---|---|---|
| | | John Feyne present will file permanent. (Tape #LSS-08-29-2723-2760.) (at) (Entered: 08/05/2008) |
| 08/04/2008 | | Reset Deadlines/Hearings as to John Esposito: Arraignment set for 8/5/2008 11:30 AM in Fort Lauderdale Division before Magistrate Judge Lurana S. Snow. Report Re: Counsel Hearing set for 8/5/2008 11:30 AM in Fort Lauderdale Division before Magistrate Judge Lurana S. Snow. (at) (Entered: 08/05/2008) |
| 08/05/2008 | 7 | ARREST Warrant Returned Executed on 7/29/08 in case as to John Esposito (at) (Entered: 08/05/2008) |
| 08/05/2008 | 8 | $100,000 10% PSB Bond Entered as to John Esposito Receipt # 220812. Approved by Magistrate Judge Lurana S. Snow Special Conditions: Report to Pretrial Services as directed;Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;Refrain from possessing a firearm, destructive device or other dangerous weapons; turn over to familyHome Confinement Program; will include eletronic monitoring, curfew at discretion of PTS and anything else PTS feels appropriate.May travel to and from SD/FL location and must notify Pretrial Services of travel plans before leaving and upon return.;Comply with additional conditions of bond; no contact with children unless supervised, PTS/USPO can randomly search computer (at) (Entered: 08/05/2008) |
| 08/05/2008 | 9 | Minute Entry for proceedings held before Magistrate Judge Lurana S. Snow: Arraignment NOT held on 8/5/2008, Report Re: Counsel Hearing as to John Esposito held on 8/5/2008. Stipulated bond of $100,000 10% cash bond. (Tape #LSS-08-31-1425-1656.) (at) (Entered: 08/05/2008) |
| 08/11/2008 | 10 | NOTICE OF ATTORNEY APPEARANCE: Robert Allen Flynn appearing for John Esposito (at) (Entered: 08/11/2008) |
| 08/15/2008 | 11 | Minute Entry for proceedings held before Magistrate Judge Lurana S. Snow: Arraignment as to John Esposito (1) Count 1 held on 8/15/2008 (Tape #08-34:240-260.) (gw) (Entered: 08/20/2008) |
| 08/15/2008 | 12 | ARRAIGNMENT INFORMATION SHEET Not Guilty Plea entered as to counts John Esposito (1) Count 1. Court accepts plea. Arraignment held on 8/15/2008 before Magistrate Judge Lurana S. Snow. (gw) (Entered: 08/20/2008) |
| 08/15/2008 | 13 | STANDING DISCOVERY ORDER as to John Esposito. All motions concerning matters not covered by this order must be filed within 28 days of this order.. Signed by Magistrate Judge Lurana S. Snow on 8/15/08. (gw) (Entered: 08/20/2008) |
| 08/15/2008 | 14 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to John Esposito Status Conference set for 9/2/2008 11:00 AM before Magistrate Judge Robin S. Rosenbaum.. Signed by Magistrate Judge Lurana S. Snow on 8/15/08. (gw) (Entered: 08/20/2008) |
| 08/22/2008 | 15 | NOTICE OF TRIAL as to John Esposito Calendar Call set for 9/17/2008 01:00 PM in Fort Lauderdale Division before Judge William P. |

| | | | |
|---|---|---|---|
| | | | Dimitrouleas. Jury Trial set for 9/22/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. (tp) (Entered: 08/22/2008) |
| 08/25/2008 | | 16 | First RESPONSE to Standing Discovery Order by USA as to John Esposito (Waugh-Farretta, Robin) (Entered: 08/25/2008) |
| 08/28/2008 | | 18 | NOTICE of Change of Address by Robert Allen Flynn (vjk) (Entered: 09/02/2008) |
| 09/02/2008 | | 17 | STATUS REPORT ORDER as to John Esposito. Signed by Magistrate Judge Robin S. Rosenbaum on 9/2/08. (lc1) (Entered: 09/02/2008) |
| 09/02/2008 | | 19 | Minute Entry for proceedings held before Magistrate Judge Robin S. Rosenbaum: Status Conference as to John Esposito held on 9/2/2008 (Tape #08-058.) (dd) (Entered: 09/02/2008) |
| 09/12/2008 | | 20 | MOTION for Extension of Filing deadline by John Esposito. Responses due by 9/29/2008 (vjk) (Entered: 09/15/2008) |
| 09/12/2008 | | 21 | NOTICE OF CONVENTIONAL FILING (Form A) re 20 MOTION for Extension of Time to File by John Esposito (vjk) (Entered: 09/15/2008) |
| 09/15/2008 | | 22 | ORDER denying without prejudice 20 Motion for Extension of Time to File as to John Esposito (1) Signed by Judge William P. Dimitrouleas on 9/15/08. (tp) (Entered: 09/15/2008) |
| 09/17/2008 | | 23 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: Calendar Call as to John Esposito held on 9/17/2008, ( Calendar Call reset for 11/12/2008 01:00 PM in Fort Lauderdale Division before Judge William P. Dimitrouleas., Jury Trial reset for 11/17/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas.) Court Reporter: Robert Ryckoff - phone number 954-769-5657 (kc) (Entered: 09/17/2008) |
| 09/17/2008 | | 24 | ORDER Granting Continuance as to John Esposito Time excluded from 9/17/08 until 11/17/08. Calendar Call set for 11/12/2008 01:30 PM in Fort Lauderdale Division before Judge William P. Dimitrouleas, Jury Trial set for 11/17/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. Signed by Judge William P. Dimitrouleas on 9/17/08. (tp) (Entered: 09/18/2008) |
| 10/03/2008 | | 25 | NOTICE (STIPULATION) OF SUBSTITUTION OF COUNSEL : Charles Craig Stella appearing for John Esposito instead of prior counsel of record Robert Allen Flynn. (Stella, Charles) (Entered: 10/03/2008) |
| 10/23/2008 | | 26 | Defendant's MOTION to Compel *Discovery for Expert Witness and for Evidentiary Hearing* by John Esposito. Responses due by 11/10/2008 (Stella, Charles) (Entered: 10/23/2008) |
| 10/23/2008 | | 27 | MOTION for Evidentiary Hearing by John Esposito. Responses due by 11/10/2008 (see image 26 )(tb) (Entered: 10/27/2008) |
| 10/27/2008 | | | Clerks Notice of Docket Correction and Instruction to Filer re 26 Defendant's MOTION to Compel *Discovery for Expert Witness and for* |

| | | |
|---|---|---|
| | | *Evidentiary Hearing.* Error - **Motion with Multiple Reliefs Filed as One Relief**; Correction - Additional relief(s) ___ 27 MOTION for Hearing filed by John Esposito, _ docketed by Clerk. Instructions to filer - In the future, please select all applicable reliefs. It is not necessary to refile this document. (tb) (Entered: 10/27/2008) |
| 10/27/2008 | 28 | MOTION to Continue Trial by John Esposito. Responses due by 11/13/2008 (Stella, Charles) (Entered: 10/27/2008) |
| 10/27/2008 | 29 | ORDER denying 28 Motion to Continue Trial as to John Esposito (1) Signed by Judge William P. Dimitrouleas on 10/27/2008. (tp) (Entered: 10/27/2008) |
| 10/27/2008 | 30 | ORDER deferring ruling for five days on 26 Motion to Compel as to John Esposito (1); deferring ruling for five days on 27 Motion for Hearing as to John Esposito (1) Signed by Judge William P. Dimitrouleas on 10/27/2008. (tp) (Entered: 10/27/2008) |
| 10/30/2008 | 31 | RESPONSE to Motion by USA as to John Esposito re 27 MOTION for Hearing, 26 Defendant's MOTION to Compel *Discovery for Expert Witness and for Evidentiary Hearing* Replies due by 11/10/2008. (Waugh-Farretta, Robin) (Entered: 10/30/2008) |
| 10/31/2008 | 32 | ORDER denying in part as moot 26 Motion to Compel as to John Esposito (1); denying 27 Motion for Hearing as to John Esposito (1) Signed by Judge William P. Dimitrouleas on 10/31/2008. (tp) (Entered: 10/31/2008) |
| 10/31/2008 | 33 | NOTICE of Intent to Use Evidence by John Esposito *Obtained From Polygraph Expert* (Stella, Charles) (Entered: 10/31/2008) |
| 10/31/2008 | 34 | MOTION Seeking Leave of the Court to Call Polygrapher as an Expert Witness at Trial and a MOTION for an Evidentiary Hearing to Establish the Admissibility of Polygraph Examination by John Esposito. Responses due by 11/20/2008 See DE 33 for image(tp) (Entered: 11/03/2008) |
| 11/03/2008 | | Clerks Notice of Docket Correction and Instruction to Filer re 33 Notice of Intent to Use Evidence filed by John Esposito sent to John Esposito. Error - **Wrong Event Selected**; Correction - Redocketed by Clerk as "Motion Seeking Leave of the Court to Call Polygrapher as an Expert Witness at Trial and MOTION for an Evidentiary Hearing" See DE 34 for corrected entry. Instruction to Filer - In the future, please select the proper event. It is not necessary to refile this document. (tp) (Entered: 11/03/2008) |
| 11/04/2008 | 35 | ORDER deferring ruling on 34 Motion Seeking Leave to Call Polygraph Expert as to John Esposito (1); deferring ruling on 34 Motion for Evidentiary Hearing as to John Esposito (1) Signed by Judge William P. Dimitrouleas on 11/3/2008. (ls) (Entered: 11/04/2008) |
| 11/07/2008 | 36 | RESPONSE to Motion by USA as to John Esposito re 34 MOTION Seeking Leave of the Court to Call Polygrapher as an Expert Witness at Trial MOTION for Hearing Replies due by 11/20/2008. (Waugh-Farretta, Robin) (Entered: 11/07/2008) |
| 11/12/2008 | 37 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: |

| | | |
|---|---|---|
| | | Calendar Call as to John Esposito held on 11/12/2008, ( Calendar Call reset for 11/20/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas., Jury Trial reset for 11/24/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas.) Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (kc) (Entered: 11/12/2008) |
| 11/12/2008 | 38 | ORDER GRANTING CONTINUANCE on Joint Motion to Continue as to John Esposito Time excluded from 11/12/08 until 11/24/08.Calendar Call reset for 11/20/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas., Jury Trial reset for 11/24/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. Signed by Judge William P. Dimitrouleas on 11/12/2008. (tp) (Entered: 11/13/2008) |
| 11/20/2008 | 39 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: Calendar Call as to John Esposito held on 11/20/2008, ( Calendar Call reset for 12/5/2008 01:15 PM in Fort Lauderdale Division before Judge William P. Dimitrouleas., Jury Trial reset for 12/8/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas.) Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (kc) (Entered: 11/20/2008) |
| 11/20/2008 | 40 | ORDER GRANTING CONTINUANCE as to John Esposito Time excluded from 11/20/08 until 12/8/08. Calendar Call set for 12/5/2008 01:15 PM in Fort Lauderdale Division before Judge William P. Dimitrouleas, Jury Trial set for 12/8/2008 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. Signed by Judge William P. Dimitrouleas on 11/20/2008. (tp) (Entered: 11/20/2008) |
| 12/05/2008 | 41 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: Change of Plea Hearing as to John Esposito held on 12/5/2008 John Esposito (1) Guilty Count 1., ( Sentencing set for 2/13/2009 01:15 PM in Fort Lauderdale Division before Judge William P. Dimitrouleas.) Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (kc) (Entered: 12/08/2008) |
| 12/05/2008 | 42 | NOTICE OF SENTENCING as to John Esposito Sentencing set for 2/13/2009 01:15 PM in Fort Lauderdale Division before Judge William P. Dimitrouleas. (kc) (Entered: 12/08/2008) |
| 12/19/2008 | 43 | MOTION for Forfeiture of Property *Preliminary Order* by USA as to John Esposito. Responses due by 1/9/2009 (Attachments: # 1 Text of Proposed Order)(Powell, Roger) (Entered: 12/19/2008) |
| 12/19/2008 | 44 | ORDER granting 43 Motion for Forfeiture of Property as to John Esposito (1). Signed by Judge William P. Dimitrouleas on 12/19/2008. (tb) (Entered: 12/19/2008) |
| 01/02/2009 | 45 | Letter from Yvette Oritz as to John Esposito (tp) (Entered: 01/02/2009) |
| 01/02/2009 | 46 | NOTICE OF RECEIPT as to John Esposito re 45 Letter. Signed by Judge William P. Dimitrouleas on 12/30/2008. (tp) (Entered: 01/02/2009) |
| 01/02/2009 | 47 | Letter from Theodore R. Gay as to John Esposito (tp) (Entered: 01/02/2009) |
| 01/02/2009 | 48 | NOTICE OF RECEIPT of letters from Delores DeMarco, Justo Castro and Theordore Gay as to John Esposito. Signed by Judge William P. |

| | | Dimitrouleas on 1/2/2009. (tp) (Entered: 01/02/2009) |
|---|---|---|
| 01/05/2009 | 49 | NOTICE OF RECEIPT of letters from Matthew Drummet and Gissella Espsito as to John Esposito. Signed by Judge William P. Dimitrouleas on 1/5/2009. (tp) (Entered: 01/06/2009) |
| 01/05/2009 | 50 | Letter from Gissella Esposito and Matthew Drummet as to John Esposito (tp) (Entered: 01/06/2009) |
| 01/08/2009 | 51 | Notice of Undeliverable Mail as to John Esposito re 14 Order Re: Status Conference, 23 Calendar Call,, Set Hearings, 19 Status Conference, 17 Status Report Order, 12 Arraignment Information Sheet, 13 Standing Discovery Order, 24 Order to Continue - Ends of Justice,, Set Hearings, 11 Arraignment US Mail returned for: return to sender attorney has moved unable to forward for: Robert Allen Flynn (rb) (Entered: 01/08/2009) |
| 01/09/2009 | 52 | Letter from Amelia Ricardo as to John Esposito (tp) (Entered: 01/12/2009) |
| 01/09/2009 | 53 | NOTICE OF RECEIPT by John Esposito re 52 Letter (signed by William P. Dimitrouleas (tp) (Entered: 01/12/2009) |
| 01/14/2009 | 54 | NOTICE OF RECEIPT of Letters from Barbara Hoy, Marshall Bronstein and Joseph Boyer (signed by Judge William P. Dimitrouleas) John Esposito (Attachments: # 1 Letters)(tp) (Entered: 01/15/2009) |
| 01/14/2009 | 55 | NOTICE OF RECEIPT OF lETTER FROM Ana Haege (signed by Judge William P. Dimitrouleas) re John Esposito (Attachments: # 1 Letter)(tp) (Entered: 01/15/2009) |
| 01/27/2009 | 56 | MOTION for Extension of Time to File Response *to Pre Sentence Investigation Report* by John Esposito. Responses due by 2/13/2009 (Stella, Charles) (Entered: 01/27/2009) |
| 01/27/2009 | 57 | ORDER granting in part 56 Motion for Extension of Time to File Response as to John Esposito (1) Objections due by 2/2/09. Signed by Judge William P. Dimitrouleas on 1/27/09. (tp) (Entered: 01/27/2009) |
| 01/29/2009 | 58 | NOTICE OF RECEIPT of 1/19/09 letter from Dr. David Popper re John Esposito Signed by Judge William P. Dimitrouleas on 1/29/09 (tp) (Entered: 01/29/2009) |
| 01/29/2009 | 59 | Letter from Dr. David Popper as to John Esposito (tp) (Entered: 01/29/2009) |
| 01/29/2009 | 60 | Letter from Linda Castro as to John Esposito (tp) (Entered: 01/30/2009) |
| 01/29/2009 | 61 | NOTICE OF RECEIPT re 60 Letter on behalf of John Esposito Signed by Judge William P. Dimitrouleas on 1/29/09 (tp) (Entered: 01/30/2009) |
| 02/02/2009 | 62 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by John Esposito (Attachments: # 1 Exhibit Exhibit "A", # 2 Exhibit Exhibit "B", # 3 Exhibit Exhibit "C", # 4 Exhibit Exhibit "D")(Stella, Charles) (Entered: 02/02/2009) |
| 02/02/2009 | 63 | NOTICE *of Correction to Defendant's* 62 *Objections to the Presentence* |

| | | |
|---|---|---|
| | | *Investigation Report* by John Esposito (Attachments: # 1 Exhibit Exhibit "D2")(Stella, Charles) Modified added link on 2/3/2009 (tp). (Entered: 02/02/2009) |
| 02/03/2009 | 64 | Clerks Notice of Docket Correction and Instruction to Filer re 63 Notice (Other) filed by John Esposito sent to John Esposito. Error - **No Link to Document**; Correction - Document linked properly by Clerk. Instruction to filer - In the future, please link the document to the proper entry. It is not necessary to refile this document. (tp) (Entered: 02/03/2009) |
| 02/03/2009 | 65 | SENTENCING MEMORANDUM by John Esposito (Attachments: # 1 Exhibit Exhibit "A", # 2 Exhibit Exhibit "B", # 3 Exhibit Exhibit "C", # 4 Exhibit Exhibit "D")(Stella, Charles) (Entered: 02/03/2009) |
| 02/04/2009 | 66 | Letter from Guillermo and Martha Acosta as to John Esposito re Sentencing (ra1) (Entered: 02/04/2009) |
| 02/04/2009 | 67 | Letter from Joanne Fraraccio as to John Esposito re Sentencing (ra1) (Entered: 02/04/2009) |
| 02/04/2009 | 68 | NOTICE of Receipt as to John Esposito re 66 Letter. Signed by Judge William P. Dimitrouleas on 2/4/2009. (ls) (Entered: 02/05/2009) |
| 02/04/2009 | 69 | NOTICE of Receipt as to John Esposito re 67 Letter. Signed by Judge William P. Dimitrouleas on 2/4/2009. (ls) (Entered: 02/05/2009) |
| 02/09/2009 | 71 | LETTER as to John Esposito re 65 Sentencing Memorandum (tb) (Entered: 02/10/2009) |
| 02/10/2009 | 70 | ORDER /NOTICE OF RECEIPT of a February 2, 2009 letter as to John Esposito. Signed by Judge William P. Dimitrouleas on 2/9/2009. (tb) (Entered: 02/10/2009) |
| 02/13/2009 | 72 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: Sentencing did not go forward. Deft requests additional time. ( Sentencing reset for 2/27/2009 01:15 PM in Fort Lauderdale Division before Judge William P. Dimitrouleas.) Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (kc) (Entered: 02/13/2009) |
| 02/23/2009 | 73 | MOTION to Continue Sentencing by John Esposito. Responses due by 3/12/2009 (Stella, Charles) (Entered: 02/23/2009) |
| 02/25/2009 | 74 | ORDER denying 73 Motion to Continue Sentencing as to John Esposito (1). Signed by Judge William P. Dimitrouleas on 2/25/2009. (tp) (Entered: 02/25/2009) |
| 02/27/2009 | 75 | NOTICE of Supplemental Authority re 65 Sentencing Memorandum by John Esposito (Attachments: # 1 Supplement Exhibit "A" Case Law)(Stella, Charles) (Entered: 02/27/2009) |
| 02/27/2009 | 76 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to John Esposito. Signed by Judge William P. Dimitrouleas on 2/27/2009. (kc) (Entered: 02/27/2009) |
| 02/27/2009 | 77 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: |

| | | |
|---|---|---|
| | | Sentencing did not go forward. M/allow Craig Stella to withdraw is granted. Court appoints federal public defender.( Sentencing reset for 3/13/2009 10:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas.) Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (kc) (Entered: 02/27/2009) |
| 02/27/2009 | 78 | ORDER Granting Ore Tenus Motion to Withdraw and Appointing Federal Public Defender as to John Esposito Noticing FPD for John Esposito appointed. Sentencing reset for 3/13/2009 10:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. Attorney Charles Craig Stella terminated in case as to John Esposito. Signed by Judge William P. Dimitrouleas on 2/27/2009. (tp) (Entered: 02/27/2009) |
| 03/02/2009 | 79 | NOTICE of Reassignment of Assistant Federal Public Defender. Chantel Doakes appearing for John Esposito Robert Allen Flynn terminated (Doakes, Chantel) (Entered: 03/02/2009) |
| 03/10/2009 | 80 | Defendant's MOTION to Withdraw Plea of Guilty by John Esposito. (Attachments: # 1 Text of Proposed Order)(Doakes, Chantel) (Entered: 03/10/2009) |
| 03/10/2009 | 81 | ORDER denying as moot 34 Motion Seeking Leave to Call Polygraph Expert and for Evidentiary Hearing as to John Esposito (1); denying as moot 34 Motion for Hearing as to John Esposito (1). Signed by Judge William P. Dimitrouleas on 3/10/2009. (tp) (Entered: 03/10/2009) |
| 03/10/2009 | 82 | ORDER deferring ruling and requesting a formal response from the Government on 80 Motion to Withdraw Plea of Guilty as to John Esposito (1). Signed by Judge William P. Dimitrouleas on 3/10/2009. (tp) (Entered: 03/10/2009) |
| 03/10/2009 | 83 | Letter from Amelia C. Ricardo as to John Esposito (tp) (Entered: 03/11/2009) |
| 03/11/2009 | 84 | NOTICE of Receipt of 83 Letter. Signed by Judge William P. Dimitrouleas on 3/11/09. (tp) (Entered: 03/12/2009) |
| 03/12/2009 | 85 | RESPONSE in Opposition by USA as to John Esposito re 80 Defendant's MOTION to Withdraw Plea of Guilty (Waugh-Farretta, Robin) (Entered: 03/12/2009) |
| 03/13/2009 | 86 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: Sentencing NOT held on 3/13/2009 as to John Esposito Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (jgn) (Entered: 03/13/2009) |
| 03/13/2009 | 87 | NOTICE/ORDER OF SENTENCING as to John Esposito Sentencing set for 3/27/2009 10:15 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas. (jgn) (Entered: 03/13/2009) |
| 03/13/2009 | 88 | TRANSCRIPT of plea as to John Esposito held on 12-5-08 before Judge William P. Dimitrouleas. Court Reporter: Robert Ryckoff, Phone: 954-769-5657. 1-29 pages. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained |

| | | | |
|---|---|---|---|
| | | | through PACER. Redaction Request due 4/3/2009. Redacted Transcript Deadline set for 4/13/2009. Release of Transcript Restriction set for 6/11/2009. (rr) (Entered: 03/13/2009) |
| 03/17/2009 | | 89 | TRANSCRIPT of Plea of Guilty as to John Esposito held on 12/5/2008 before Judge William P. Dimitrouleas. Court Reporter: Robert Ryckoff, Phone: 954-769-5657. 1-29 pages. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/7/2009. Redacted Transcript Deadline set for 4/17/2009. Release of Transcript Restriction set for 6/15/2009. (rr) Modified on 3/18/2009 (cqs). (Entered: 03/17/2009) *Duplicate of DE #88* |
| 03/17/2009 | *Vol 4* | 90 | TRANSCRIPT of scheduled sentence as to John Esposito held on 2-27-09 before Judge William P. Dimitrouleas. Court Reporter: Robert Ryckoff, Phone: 954-769-5657. 1-8 pages. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/7/2009. Redacted Transcript Deadline set for 4/17/2009. Release of Transcript Restriction set for 6/15/2009. (rr) (Entered: 03/17/2009) |
| 03/18/2009 | | 91 | Clerks Notice of Docket Correction re 89 Transcript Date, Hearing Type and Number of Pages did not match uploaded image. Correction to docket entry made by clerk. No action required. (cqs) (Entered: 03/18/2009) |
| 03/20/2009 | | 92 | SUPPLEMENT to 80 Defendant's MOTION to Withdraw Plea of Guilty filed by John Esposito by John Esposito (Attachments: # 1 Text of Proposed Order)(Doakes, Chantel) (Entered: 03/20/2009) *Vol 2 cont'd* |
| 03/25/2009 | | 93 | First MOTION to Continue Sentencing by USA as to John Esposito. Responses due by 4/13/2009 (Waugh-Farretta, Robin) (Entered: 03/25/2009) |
| 03/26/2009 | | 94 | RESPONSE in Opposition by USA as to John Esposito re 80 Defendant's MOTION to Withdraw Plea of Guilty *Supplement* (Attachments: # 1 Affidavit Craig Stella)(Waugh-Farretta, Robin) (Entered: 03/26/2009) |
| 03/26/2009 | | 95 | ORDER granting 93 Motion to Continue Sentencing as to John Esposito (1) Sentencing reset to 4/3/09 at 1:30 p.m.. Signed by Judge William P. Dimitrouleas on 3/26/2009. (tp) (Entered: 03/27/2009) |
| 03/26/2009 | | | Reset Sentencing as to John Esposito: Sentencing reset for 4/3/2009 01:30 PM in Fort Lauderdale Division before Judge William P. Dimitrouleas. (tp) (Entered: 03/27/2009) *Vol 2 cont'd* |
| 04/03/2009 | | 96 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: Motion Hearing as to John Esposito held on 4/3/2009 re 80 Defendant's MOTION to Withdraw Plea of Guilty filed by John Esposito, ( Motion Hearing reset for 4/7/2009 09:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas.) Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (kc) (Entered: 04/06/2009) |

| | | |
|---|---|---|
| 04/03/2009 | 97 | EXHIBIT and WITNESS LIST used at hearing held on 4/3/2009. (kc) (Entered: 04/06/2009) |
| 04/07/2009 | 98 | ORDER denying 80 Motion to Withdraw Plea of Guilty as to John Esposito (1). Signed by Judge William P. Dimitrouleas on 4/7/2009. (tp) (Entered: 04/07/2009) |
| 04/07/2009 | 99 | Minute Entry for proceedings held before Judge William P. Dimitrouleas: Sentencing held on 4/7/2009 as to John Esposito. 78 months imprisonment, 5 years supervised release, No Fine, $100.00 assessment. Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (kc) (Entered: 04/07/2009) |
| 04/07/2009 | 100 | JUDGMENT as to John Esposito (1), Count(s) 1, Term of 78 months imprisonment, 5 years supervised release and $100 total assessment for sentencing held on 4/7/2009. Signed by Judge William P. Dimitrouleas on 4/7/2009. (tp) (Entered: 04/07/2009) |
| 04/07/2009 | | (Court only) ***Set/Clear Flags as to John Esposito (tp) (Entered: 04/07/2009) |
| 04/09/2009 | 101 | NOTICE OF APPEAL by John Esposito re 100 Judgment. Within ten days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (Doakes, Chantel) (Entered: 04/09/2009) |
| 04/09/2009 | | Transmission of Notice of Appeal, Judgment and Docket Sheet as to John Esposito to US Court of Appeals re 101 Notice of Appeal - Final Judgment, (cqs) (Entered: 04/15/2009) |
| 04/13/2009 | 102 | TRANSCRIPT INFORMATION FORM as to John Esposito re 101 Notice of Appeal - Final Judgment, filed by John Esposito. Sentencing transcript. Order placed by Chantel R. Doakes. (Doakes, Chantel) (Entered: 04/13/2009) |
| 04/21/2009 | 103 | COURT REPORTER ACKNOWLEDGMENT (Part II) as to John Esposito re 101 Notice of Appeal - Final Judgment, Court Reporter: Robert Ryckoff, Phone: 954-769-5657 Estimated filing date of transcript 5-21-09 (rr) (Entered: 04/21/2009) |
| 04/22/2009 | 104 | MOTION AND ORDER for Disbursement of Bond as to John Esposito Bail Refunded to Gissella Esposito in the amount of $ 10,000 plus any accrued interest. Signed by Judge William P. Dimitrouleas on 4/22/2009. (tp) (Entered: 04/23/2009) |
| 04/24/2009 | 105 | ACKNOWLEDGMENT OF RECEIPT FROM USCA re 101 Notice of Appeal - Final Judgment, receipt of: NOA, date received by USCA 4/20/2009. USCA number 09-11963-B (mc) (Entered: 04/24/2009) |
| 05/11/2009 | 106 | TRANSCRIPT of Hearing on Motion to Withdraw Plea and Sentence as to John Esposito held on 4-7-09 before Judge William P. Dimitrouleas. Re: 101 Notice of Appeal - Final Judgment,. Court Reporter: Robert Ryckoff, Phone: 954-769-5657. 1-30 pages. Transcript may be viewed at the court |

| | | | |
|---|---|---|---|
| Vol 5 | | | public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/1/2009. Redacted Transcript Deadline set for 6/11/2009. Release of Transcript Restriction set for 8/10/2009. (rr) (Entered: 05/11/2009) |
| | 05/11/2009 | 107 | COURT REPORTER ACKNOWLEDGMENT as to John Esposito (Part II & III) re 102 Transcript Information Form Court Reporter: Robert Ryckoff, Phone: 954-769-5657 (rr) (Entered: 05/11/2009) |
| | 05/11/2009 | 108 | TRANSCRIPT NOTIFICATION as to John Esposito - Transcript(s) ordered on: 4/21/2009 by Chantel Doakes, Esq. has/have been filed by Court Reporter: Robert Ryckoff, Phone: 954-769-5657 re 102 Transcript Information Form. (cqs) (Entered: 05/12/2009) |
| | 05/22/2009 | 109 | NOTICE of Reassignment of Assistant Federal Public Defender. Bernardo Lopez appearing for John Esposito Chantel Doakes and Noticing FPD terminated (Lopez, Bernardo) (Entered: 05/22/2009) |
| | 06/16/2009 | 110 | SERVICE (Proof) by Publication by USA as to John Esposito Last publication date 06/10/2009. (Attachments: # 1 Attachment 1)(Powell, Roger) (Entered: 06/16/2009) |
| | 06/17/2009 | 111 | Acknowledgment of Service on 6/11/09 by USA as to John Esposito re 44 ORDER granting 43 Motion for Forfeiture of Property as to John Esposito (1). Signed by Judge William P. Dimitrouleas on 12/19/2008. (tb) Property Seized at USPS 3400 Lakeside Drive (6th Floor) Miramar, FL (tp) (Entered: 06/17/2009)   End Vol 2 |