# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 10/14/2016   Time: 11:00am

Defendant: John Esposito (surr) ✓   J#: 77774-004   Case #: 08-60199-cr-Dimitrouleas
AUSA: Robin Waugh  Cynthia Wood ✓   Attorney: Ron Kleiner (temp) perm
Violation: Violation of Supervised Release
Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ✓ Yes  ☐ No   Recommended Bond:
Bond Set at: $10,000 PSB   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☑ Other: Continue to comply with all previously set conditions

Language:

Disposition: Deft advised of allegations in the petition
Ron Kleiner, Esq. filed a permanent appearance in open court
Both sides agree to a $10,000 PSB

Final revocation hrg to be set before Judge Dimitrouleas

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:30:31   Time in Court: 7 min

Page: 4