UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60199-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

JOHN ESPOSITO,

_____Defendant._____/

GOVERNMENT'S UNOPPOSED MOTION
TO CONTINUE EVIDENTIARY HEARING

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that this Honorable Court grant a short continuance of the evidentiary hearing scheduled for November 2, 2016.    In support of this motion, the undersigned states as follows:

1.      On April 7, 2009, John Esposito (the "Defendant) was sentenced to serve seventy-eight (78) months' imprisonment, followed by five (5) years' supervised release for the possession of child pornographic material which had traveled in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B)(DE-99, DE-100).

2.      At sentencing, the Defendant was remanded to the custody of the Bureau of Prisons. After serving a term of imprisonment, the Defendant was released on November 28, 2014[1] and commenced his term of supervised release (DE-132).

3.      During the course of his supervision, the defendant's conditions of release were modified on several occasions, to include sex offender treatment and polygraph testing (Id.).

4.      On October 14, 2016, the defendant was arrested on the warrant issued by this

---

1 Bureau of Prison's website https://www.bop.gov/inmateloc/ reflects a release date of November 28, 2014.

Honorable Court based on a petition filed by the United States Office of Probation alleging the defendant's failure to participate in a sex offender treatment program to include psychological testing and polygraph examination, that is, on September 29, 2016, the defendant was unsuccessfully discharged from the sex offender treatment (Id.).

5.      After the Defendant's initial appearance before United States Magistrate Judge Patrick M. Hunt, this Court entered a paperless Order scheduling an evidentiary hearing for November 2, 2016.

6.      In anticipation of the hearing, the undersigned Assistant United States Attorney conferred with the necessary witnesses, Doctor Lori J. Butts, R.E.A.C.H. Treatment Program, and U.S. Probation Officer Jeffrey Feldman.  It was determined that neither witnesses will be available on November 2, 2016.  Probation Officer Feldman will be on pre-paid annual leave during the week of October 30, 2016, returning on November 8, 2016 and Dr. Butts will be out of the District having committed to attend a work related conference.

7.      As a result, the undersigned Assistant United States Attorney respectfully requests a short continuance of the evidentiary hearing to a date after November 8, 2016.

8.      The government has conferred with counsel for the defendant, Mr. Ron M. Kleiner, who has no objection to a continuance.   The undersigned Assistant United States Attorney makes this request for good cause and not to delay the proceedings.

WHEREFORE the United States moves this Court to continue the evidentiary hearing.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    _s/Robin W. Waugh_
Robin W. Waugh
Assistant United States Attorney
Florida Bar No. 537837
99 NE 4th Street 7th Flr.
Miami, Florida 33132
Tel: (305) 961-9329

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 20, 2016, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.    I also certify that the foregoing document

is being served this day on counsel of record, either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.

<u>s/ Robin W. Waugh</u>
ROBIN W. WAUGH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-60199-CR-DIMITROULEAS**

**UNITED STATES OF AMERICA**

**v.**

**JOHN ESPOSITO,**

_____**Defendant.**_____/

## O R D E R

THIS MATTER came before the Court upon the Government's Unopposed Motion to Continue the evidentiary hearing.   After carefully considering the motion, it is ORDERED AND ADJUDGED that the motion is Granted.

The evidentiary hearing will be rescheduled for_____.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of October, 2016.

_____
WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

Copies furnished to:

Ron M. Kleiner, Esquire
Robin W. Waugh, AUSA
U.S. Probation