UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 08-60199-CR-DIMITROULEAS

    Plaintiff,

vs.

JOHN ESPOSITO,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Government's October 20, 2016 Unopposed Motion to Continue Evidentiary Hearing [DE-140]. On October 19, 2016, the Court set a first hearing for Violation of Supervised Release to be held on November 2, 2016. At that hearing, the Defendant will be expected to either admit or deny the allegations. If the Defendant denies the allegations, a final evidentiary hearing date will be set. Neither Dr. Butts nor Probation Officer Feldman need attend the November 2, 2016 hearing. The Motion to Continue [DE-140] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of October, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robin Waugh, AUSA

Ron Kleiner, Esquire

USPO