PROB 19A

SD/FL PACTS No.: 97220

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE No.: <u>08-60199-CR-DIMITROULEAS</u>

U.S.A vs JOHN ESPOSITO

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

RECEIVED UNITED STATES MARSHAL
SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE
2016 OCT -5 AM 11: 02

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| JOHN ESPOSITO – Reg. #77774-004 | M | W | 54 |

ADDRESS (STREET, CITY, STATE)
751 S.W. 117 Avenue, Pembroke Pines, Florida 33025

| SUPERVISED RELEASEE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, FL | April 7, 2009 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
The Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, FL

(BY) DEPUTY CLERK [signature] DATE October 5, 2016

*Certified to be a true and correct copy of the document on file*
*Steven M. Larimore, Clerk, U.S. District Court, Southern District of Florida*
By: Karen A. Carlton-DeAngelus, Deputy Clerk
Date: **Oct 5, 2016**

### RETURN

| Warrant received and executed | DATE RECEIVED 10-5-16 | DATE EXECUTED 10-14-16 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

USMS - Fort Lauderdale, FL

NAME Amos Rojas Jr. USM (BY) Sabrina [signature] DATE 10/14/16

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the <u>Southern District of Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshall or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

TS49165