UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V.   CASE NO.: 0:08-CR-60199

JOHN ESPOSITO,

**DEFENDANT'S RESPONSE TO UNITED STATES PROBATION'S REPORT AND RECOMMENDATIONS FOR FINAL SUPERVISED RELEASE REVOCATION HEARING**

The defendant, John Esposito, by and through undersigned counsel, hereby files his response to United States Probation's Report and Recommendations for Final Supervised Release Revocation Hearing, and in response states as follows:

1. On November 28, 2014, Defendant commenced his term of supervised release, and enrolled in court-ordered sex offender treatment therapy shortly thereafter in the R.E.A.C.H. treatment program.

2. On September 19, 2016, after being enrolled with R.E.A.C.H. for approximately 18 months, the defendant wrote a letter to Dr. Lori J. Butts, Clinical Director of the program, outlining the treatment goals that he felt that he had accomplished during the duration of his therapy in the R.E.A.C.H. program. The defendant's letter is attached as Exhibit 1.

3. In response to his letter of September 19, the defendant was placed on an Intensive Psychotherapy Program (ITP) contract. According to the R.E.A.C.H. client handbook, being placed on ITP indicates that a participant is on probation at R.E.A.C.H. for failing to comply with a program rule. According to the ITP contract, the defendant was to make weekly payments in order to obtain the program workbook, and review it in a collaborative manner with his therapist. The ITP contract is attached as Exhibit 2. Compliance with completion of the workbook and workbook assignments are necessary in order to be successfully discharged from the R.E.A.C.H. program. By entering into the ITP contract and agreeing to purchase and complete the workbook, the workbook issue appeared to have been resolved, and that the defendant would complete the workbook requirement moving forward. There are no known issues regarding the defendant's attendance at his scheduled treatment sessions, or any outstanding financial balances owed by the defendant to the R.E.A.C.H. program.

4. On September 27, 2016, the defendant inquired about the possibility of changing treatment providers with his public posting on the Florida Action Committee (FAC)

website.[1] Contrary to the report and recommendations filed by Probation, there was nothing slanderous or untrue about the defendant's posting. A complete copy of the defendant's posting as well as the response by the FAC administrator is attached as Exhibit 3. Any unflattering or potentially negative or critical comments about the R.E.A.C.H. program were initiated by FAC staff, not by the defendant.

5. Nevertheless, almost immediately following the September 27 internet post, on September 29, the defendant was terminated from the R.E.A.C.H. program by the program director, Dr. Lori Butts A copy of Dr. Butts' letter terminating the defendant from treatment is attached as Exhibit 4.

6. The defendant acknowledges that by not purchasing the program workbook, he has not been in full compliance with all the terms and rules of the R.E.A.C.H. program. However, the circumstances leading to his involuntary termination from the R.E.A.C.H. program clearly suggest that his termination is a retaliation for expressing his frustration with the R.E.A.C.H. program in a public internet forum.

Dr. Butts states in her termination letter that the defendant has not "complied with ANY components of the basic requirements for programmatic completion". Yet, in more than 18 months of therapy, the defendant has never been given any written notice that he was in jeopardy of being terminated from the program for non-compliance, not placed on any type of probation for his non-compliance, nor terminated from the program. Only after the September 19 letter to Dr. Butts was the defendant placed on the ITP probation contract, and the outstanding workbook issue brought to light, and subsequently seemingly resolved. Furthermore, Dr. Butts' allegation of the defendant's "demonstrated lack of amenability to treatment" conveniently surfaced only after his September 27 internet posting, in which the R.E.A.C.H. program's motives were called into question by the FAC administrator, not by the defendant.

---

[1] FAC is a sex-offender lobbying group whose stated purpose is to educate the *media*, *legislators* and the *public* with the facts surrounding Sex Offender Issues.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 1st day of November, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, by electronic transmission generated by CM/ECF.

                                          Respectfully Submitted,

                                          Ron M. Kleiner, Esq.
Law Office of Ron M. Kleiner
Courthouse Center, Penthouse One
40 N.W. 3rd Street
Miami Florida 33128
Tel: 954-540-0170
kleinerlawoffice@gmail.com

/s/ Ron M. Kleiner
Ron M. Kleiner, Esq.
Florida Bar No. 115139