September 19, 2016

Clinical and Forensic Institute, Inc.
Dr. Lori J. Butts
2102 South Andrews Avenue, suite 103
Fort Lauderdale, Florida 33316

Dear Dr. Butts:

I am writing to you regarding my "Sex Offender Therapy" (SOT), that I have been attending since I was released from custody on 11/ 27/2014. I have attended all regular meetings, taken (and passed) all polygraphs, and met all financial obligations. Further, I feel that I have accomplished all my goals that I have set for myself:

- Acceptance of the consequences of being adjudicated as a felon.
- Improving myself self esteem, by realizing that although I was adjudicated a felon; I've come to realize all the qualities, attributes, educational, and career achievements, remain who I am.
- Adjusting to the separation due to my incarceration. My wife and I are working to earn the necessary income to maintain our reduced lifestyle. We have increased our communication and able to work at a more intimate level to cope and support each other with family issues. For example, both of my wife's parents are extremely ill and require our attention and time
- Reaching out to old friends and continuing to build those relationships. Joining and participating in the organization, "Reforming Sex Offender Laws", (RSOL) to give and gain support form others in a similar position to myself.
- Continuing my ongoing therapy with my private therapist in which is most helpful.
- Attending my church and maintaining a supportive relationship with my pastor, Reverend James Corrgee.
- Eating properly and working a program of exercise to maintain my health and reduce my stress.
- Working in any job that was available to maintain income.
- Continuing to search for jobs, even though I knew my background may disqualify me.
- Obtaining a job with an opportunity for upward mobility.

Since I have accomplished all of these goals I see no reason to continue with the court ordered therapy.


Thank you for your time and consideration and I look forward to your communication.

Respectfully,

John Esposito

CC: Jeff Feldman, U.S. Probation Officer
      Vanessa Fernandez, Treatment Director