R.E.A.C.H. TREATMENT PROGRAM
*Responsibility through Effort, Awareness, self-Criticism, & Honesty*
**Clinical & Forensic Institute**
*Founding President John A. Spencer, Ph.D.*

2101 S. Andrews Ave, Suite 104          605 Belvedere Rd, Suite 1
Ft. Lauderdale, FL 33316                 West Palm Beach, FL 33405
Phone: (954) 434-8006                    Phone: (561) 968-1212
Fax: (954) 434-0147

### INTENSIVE PSYCHOTHERAPY PROGRAM (ITP) CONTRACT

I, _John Esposito_, have been informed that my status at the REACH Program is in jeopardy. I understand that as a result of my failure to comply with my treatment, as outlined in the client handbook and/or explained to me by my therapist, I am at risk of being terminated unsatisfactorily from treatment. By signing below, I consent to the special treatment interventions, which are indicated as follows:

- [ ] I will attend at least one group each week, every week, until I have been informed that I am no longer on ITP.

- [ ] I will make up all groups I have missed by the following date:_____.

- [ ] I will reduce my financial balance to the REACH program to zero dollars by the following date:_____.

- [ ] I will pay $____ extra, in addition to my regular payment, each week until I have a balance of zero dollars.

- [ ] I will attend my home group each week, every week, until I am informed that I am no longer on ITP.

- [ ] I will attend ____ groups each week, every week, until I am informed that I am no longer on ITP, and one of these groups will be my home group.

- [x] will make weekly $5 payments in order to obtain my workbook
- [x] I will complete at least 1 workbook exercise each week and review it in a collaborative manner with my therapist in my individual session

By consenting to be part of the Intensive Psychotherapy Program, I am making the choice to demonstrate my commitment to therapy. If I fail to comply with any of the terms of this agreement, I understand that I will be terminated from treatment.

Client: _____          Date: _9/22/16_
           (Signature)

Witnessed: _____          Date: _9/22/16_
             (Signature)

DATE CLIENT IS PLACED ON ITP:            _9_/_22_/_16_

DATE CLIENT IS TAKEN OFF OF ITP:         ___/___/___

[x] Copy of ITP Contract Provided to Client on  _9_/_22_/_16_