

# Florida
# Action Committee

- Become A Member
- Need Help?
- or Support Us By Donating

- About Us
- Education »
- Committees »
- Media »
- Resources »
- Ask FAC
- Contact Us »

Navigation

# How can I change Sex Offender Treatment provider's?

Answered     Public ⌄    📁 Legal



**Anonymous** asked September 27, 2016

I have a 5 year term of Supervised Release for a non-contact computer Possession charge. I have almost completed half of my Supervised Release and have been in what they call Sex Offender Treatment since 11/2014. I don't see any end in sight and I am having major problems with the program I am in, REACH program, located in Ft. Lauderdale Florida. I voiced my concerns and it got even worse, they put me on an intensified program now. My PO says he does not get involved with therapy issues. My question is 2 fold:

1. Can I change provider's and how can I go about doing it, do I need an Attorney?
2. I just got a new job, and they refuse to work with my schedule and I can not take time off, it was hard enough obtaining the position.

Thank you for your help!

John

**1 answer**



**fac-admin** · Staff · September 27, 2016                                                   🌐 Public

If your PO or provider won't voluntarily allow you to change providers, you will need to go to Court and that will, generally, require an attorney.

We've heard HORRIBLE things about the REACH program including constant berating the patients and them keeping you captive in the program as long as they can continue charging you.

Shares                                                                                          #1

se login or Register to Submit Answer

ername                              Password
-admin                              ●●●●●●●●●●●●                          **Log In**

ves

es  Select Month

this site...  🔍

se Help Suppport Our Cause

Donate

Copyright © 2014 Florida Action Committee, All Rights Reserved
*Under our affiliate at Reform Sex Offender Laws.*

Connect With Us

- 
-