UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60199-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

JOHN ESPOSITO

Marshal # 7774-004

JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

THIS CAUSE came before the Court on the 2nd day of November, 2016 for final hearing for the revocation of the defendant's Supervised Release.

On the 7th day of April 2009, this defendant was sentenced to a period of Incarceration and Supervised Release imposing certain terms and conditions for the defendant to comply with. It appearing to the court that the defendant has violated the terms and conditions of his/her Supervised Release. It is thereupon:

ORDERED AND ADJUDGED that the Supervised Release heretofore imposed by this Court and the same is hereby REVOKED. The defendant is remanded to the custody of the U.S. Marshal.

ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Five (5) Months.** No further conditions of supervised release are imposed.

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 2nd day of November, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Robin Waugh, AUSA
Ron Kleiner, AFPD
U.S. Probation
U.S. Marshal